# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**438**
**KA 14-01022**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                              MEMORANDUM AND ORDER

MICHAEL A.C., DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

MICHAEL A.C., DEFENDANT-APPELLANT PRO SE.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (ROBERT J. SHOEMAKER OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------

Appeal from an adjudication of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 14, 2014. Defendant was adjudicated a youthful offender upon his plea of guilty of robbery in the third degree.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Michael A.C.* ([appeal No. 2] ___ AD3d ___ [May 1, 2015]).

Entered: May 1, 2015                          Frances E. Cafarell
                                              Clerk of the Court